UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR02-443-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| PHUONG D. DUONG, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 15, 2008. The United States was represented by Assistant United States Attorney Ronald Friedman, and the defendant by Catherine Chaney. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On or about September 5, 2003, defendant was sentenced by the Honorable Marsha J. Pechman to a term of fifty-seven (57) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, no firearms or destructive devices, mandatory drug testing, abstinence from

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

alcohol, search and seizure, 180 days home confinement, maintenance of a single checking account, disclosure of business interests, disclosure of all assets and liabilities, no new credit, employment subject to continuous review and verification, no identification in any other name, and compliance with INS rules and regulations..

In a Petition for Warrant or Summons, dated September 26, 2008, U.S. Probation Officer Michael J. Larson asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or before June 16, 2008, and September 22, 2008, in violation of standard condition number seven.

(2) Failing to participate in the home confinement program with electronic monitoring as directed by the probation office for a period up to 180 days on or before September 22, 2008, in violation of his special conditions of supervised release.

On October 3, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 15, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on October 30, 2008 at 10:45 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of October, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:　District Judge:　　　　Honorable Marsha J. Pechman
　　　AUSA:　　　　　　　Mr. Ronald Friedman
　　　Defendant's attorney:　Ms. Catherine Chaney
　　　Probation officer:　　　Mr. Michael J. Larson

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3